IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Civil Action No. 1:21-cv-455

| | |
|---|---|
| JEANNE MCGRAYNE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TOWN OF CARTHAGE, a municipal )<br>corporation; ALLIANCE CODE )<br>ENFORCEMENT, LLC, a North Carolina )<br>limited liability company; and WILKES )<br>Grading, a sole proprietorship, )<br>)<br>Defendant. ) | JOINT STIPULATION OF<br>DISMISSAL WITH PREJUDICE |

*************************************************************************

PURSUANT to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Jeanne McGrayne and Defendants Town of Carthage and Alliance Code Enforcement, LLC, which are all of the parties who have appeared, through their undersigned counsel hereby stipulate that this action be dismissed with prejudice as to all claims, causes of actions, and parties, with each party bearing that party's own attorney's fees and costs.

IT IS SO STIPULATED.

Respectfully submitted this the 13 day of June, 2023.

**Landon White Law Firm, PLLC**

D. Landon White
N.C. Bar. No. 45120
PO Box 6696
Raleigh, NC 27628
Telephone: 919-745-8060
Facsimile: 919-750-0068

lwhite@landonwhtielaw.com
*Attorney for Plaintiff*

**Hartzog Law Group LLP**

Dan M. Hartzog Jr /KBJ with permission
_____
Dan M. Hartzog Jr
N. C. State Bar. No. 35330
2626 Glenwood Avenue, Suite 305
Raleigh, NC 27608
Telephone: 919-670-0338
Facsimile: 919-714-4635
dhartzogjr@hartzoglawgroup.com
*Attorney for Defendant Town of Carthage*

**Lewis Brisbois Bisgaard & Smith, LLP**

_____
Christopher J. Derrenbacher
N.C. State Bar No. 25402
4101 Lake Boone Trail, Ste 514
Raleigh, NC 27607
Telephone: 919-821-4020
Facsimile: 919-829-0055
christopher.derrenbacher@lewisbrisbois.com
*Attorney for Defendant Alliance Code
   Enforcement, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing Joint Stipulation of Dismissal with Prejudice was electronically filed with the Clerk of Court using the CM/ECF system, which will effect service on attorneys of record as follows:

Dan M. Hartzog Jr
Hartzog Law Group LLP
2626 Glenwood Avenue, Suite 305
Raleigh, NC 27608
Telephone:  919-670-0338
Facsimile:  919-714-4635
dhartzogjr@hartzoglawgroup.com
*Attorney for Defendant Town of Carthage*

Christopher J. Derrenbacher
Lewis Brisbois Bisgaard & Smith, LLP
4101 Lake Boone Trail, Ste 514
Raleigh, NC 27607
Telephone:  919-821-4020
Facsimile:  919-829-0055
christopher.derrenbacher@lewisbrisbois.com
*Attorney for Defendant Alliance Code Enforcement, LLC*

This the 13th day of June, 2023.

**Landon White Law Firm, PLLC**

/s/ D. Landon White
D. Landon White
N.C. Bar. No. 45120
PO Box 6696
Raleigh, NC 27628
Telephone:  919-745-8060
Facsimile: 919-750-0068
lwhite@landonwhtielaw.com
*Attorney for Plaintiff*